

# NUMBER 13-24-00100-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**ATC METRO PROPERTIES, INC.**
**AND TIMOTHY B. TEAS,**                                          **Appellants,**

**v.**

**ALBERT "AL" AYALA,**                                          **Appellee.**

---

## ON APPEAL FROM THE COUNTY COURT AT LAW NO. 3
## OF NUECES COUNTY, TEXAS

---

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Tijerina and Peña**
**Memorandum Opinion by Justice Peña**

This matter is before the court on appellants' failure to file briefs. Appellants' briefs were originally due to be filed on or before June 12, 2024. On June 21, 2024, the Clerk of the Court notified each appellant that their brief was past due. Appellants were further notified that if they fail to reasonably explain the failure to file a brief within ten days from

the date of the notice, the appeal shall be dismissed for want of prosecution. *See id.* TEX. R. APP. P. 42.3(b), (c).

To date, neither appellant has reasonably explained the failure to file a brief, neither have filed a motion for extension of time to file a brief, and neither has filed a brief. Accordingly, the appeal is dismissed for want of prosecution. *See* id. R. 38.8(a)(1), 42.3(b),(c).

L. ARON PEÑA JR.
Justice

Delivered and filed on the
1st day of August, 2024.

2